JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. CV 25-05943 FMO (MBKx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ORIGIN DIAGNOSTICS, LLC, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21 day of November, 2025.

/s/
Fernando M. Olguin
United States District Judge